| | |
|---|---|
| 1 | Michael E. Sayer, Esq. State Bar No. 141038 |
| | CLAIMS LEGAL MANAGEMENT |
| 2 | A 17595 Harvard, Suite C-557 |
| | Irvine, CA 92614 |
| 3 | Tel. (949) 341-0207 |
| | Fax (949) 341-0215 |
| 4 | Msayer@clmapc.com |
| 5 | Attorneys for Plaintiff |
| 6 | Derek Davis, Esq. (SBN 243957) |
| | Carol A. Treasure, Esq. (SBN 225751) |
| 7 | COOPER & SCULLY, P.C. |
| | 100 California Street, Suite 850 |
| 8 | San Francisco, CA 94111 |
| | Email: derek.davis@cooperscully.com |
| 9 | Email: carol.treasure@cooperscully.com |
| | Tel: (415) 956-9700 / Fax: (415) 391-0274 |
| 10 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTRO MEDICO EXCEL, | ) | CASE NO: CV 11-00129 JSW |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | [PROPOSED] ORDER RE JOINT |
| v. | ) | STIPULATION AND REQUEST TO |
| | ) | CONTINUE THE CASE MANAGEMENT |
| KAISER FOUNDATION HOSPITALS; | ) | CONFERENCE |
| KAISER FOUNDATION HEALTH PLAN; | ) | |
| INC., SOUTHER CALIFORNIA | ) | Date: 4/29/11 |
| PERMANENTE MEDICAL GROUP, AND | ) | Time: 1:30 P.M. |
| DOES 1 TO 5, | ) | Place: Courtroom 11 |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

   The Joint Stipulation between Plaintiff and Defense counsel to continue the Case

Management Conference has been submitted to the court.

   The Court having read and considered the Stipulation to continue the CMC and finding good

- 1 -
[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT
CONFERENCE

cause, the Court hereby ORDERS as follows:

The Case Management Conference originally set for 4/29/11 at 1:30, in Courtroom 11, is hereby continued to __July 15, 2011__, at __1:30 p.m.__, in Courtroom 11.

Other: The hearing on the motion to dismiss is CONTINUED to an open date on the Court's calendar, to June 10, 2011. The reply shall be filed no later than April 22, 2011.

Dated __April 6__, 2011.

_Jeffrey S. White_
UNITED STATES DISTRICT COURT JUDGE

- 2 -
[PROPOSED] ORDER RE JOINT STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE